*1289 528 U. S. 856;
ante, p. 1242;
ante, p. 1223;
529 U. S. 1130;
ante, p. 1204;
ante, p. 1205;
ante, p. 1215;
ante, p. 1205;
ante, p. 1231;
528 U. S. 1087;
ante, p. 156;
528 U. S. 1152;
529 U. S. 1007;
529 U. S. 1039;
529 U. S. 1071;
529 U. S. 1072;
529 U. S. 1072;
529 U. S. 1097;
*1290 No. 99-8303.
No. 99-8317.
No. 99-8438.
No. 99-8466.
No. 99-8481.
No. 99-8544.
No. 99-8577.
No. 99-8669.
No. 99-8679.
No. 99-8694.
No. 99-8733.
No. 99-8772.
No. 99-8844.
No. 99-8854.
No. 99-8871.
No. 99-8897.
No. 99-8906.
No. 99-8925.
No. 99-8948.
No. 99-8964.
No. 99-9002.
No. 99-9007.
No. 99-9017.
No. 99-9022.
No. 99-9095.
No. 99-9134.
529 U. S. 1075;
529 U. S. 1089;
529 U. S. 1101;
529 U. S. 1101;
529 U. S. 1112;
529 U. S. 1077;
529 U. S. 1115;
529 U. S. 1132;
529 U. S. 1132;
529 U. S. 1093;
ante, p. 1228;
ante, p. 1207;
529 U. S. 1118;
ante, p. 1216;
529 U. S. 1118;
529 U. S. 1119;
ante, p. 1217;
ante, p. 1217;
ante, p. 1218;
529 U. S. 1120;
ante, p. 1208;
ante, p. 1208;
ante, p. 1233;
ante, p. 1233;
ante, p. 1219;
ante, p. 1247;
*1291 No. 99-9171.
No. 99-9196.
No. 99-9248.
No. 99-9277.
No. 99-9376.
No. 99-9563.
No. 99-5252.
ante, p. 1265;
ante, p. 1248;
ante, p. 1219;
ante, p. 1220;
ante, p. 1222; and
ante, p. 1260. Petitions for rehearing denied.
528 U. S. 894. Motion for leave to file petition for rehearing denied.